THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RHONDA WETZEL, etc., et al., | ) | 8:05CV163 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY HOUSING | ) | |
| AUTHORITY, JOAN BERTOLINI, | ) | |
| and DEANNA CALLAHAN, | ) | |
| | ) | |
| Defendants. | ) | |

On April 21, 2005, the court issued an order requiring the defendants to continue to pay housing assistance due the plaintiffs or their landlord until the defendants have afforded the plaintiffs a hearing and a hearing officer that comply with the applicable federal regulations. (Filing 16.) As there has been no activity in this case since that time, I shall refer this matter to the Magistrate Judge for progression.

IT IS ORDERED that the above-captioned matter is referred to the assigned Magistrate Judge for progression.

June 29, 2005.                    BY THE COURT:
                                  *s/Richard G. Kopf*
                                  United States District Judge