IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RHONDA WETZEL, etc., et al., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV163 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY HOUSING, | ) | |
| AUTHORITY, JOAN BERTOLINI | ) | |
| and DEANNA CALLAHAN, | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 18, 2005, file their Report of Parties' Planning Conference.

DATED July 7, 2005.

                                               /s/   *David  L.  Piester*

                                              United States Magistrate Judge