IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RHONDA WETZEL, Individually and on Behalf of SAMI-JO STUVA, NICHOLE STUVA, BRITTANY WETZEL, and JACOB STUVA, Minor Children, | ) ) ) ) ) | 8:05CV163 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| DOUGLAS COUNTY HOUSING AUTHORITY, and JOAN BERTOLINI, and DEANNA CALLAHAN, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (filing 20) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its own costs, and complete record waived.

August 17, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge